1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| Parasoft Corporation, | ) | Case No. CV 14-9166 DMG (PLAx) |
| | ) | |
| Plaintiff, | ) | **PRELIMINARY INJUNCTION [11]** |
| v. | ) | |
| | ) | |
| Parasoft S.A, | ) | |
| | ) | |
| Defendant | ) | |

-1-

The Court having granted Plaintiff's motion for preliminary injunction, and Plaintiff having posted a $15,000 bond,

IT IS HEREBY ORDERED that:

1. Defendant, ParaSoft S.A., its officers, agents, representatives, employees, successors, and all other persons in active concert and participation with it, are hereby restrained and enjoined from maintaining the legal action filed in the Paris Commercial Court against ParaSoft Corporation and pursuing any further legal proceedings in connection therewith in France; and

2. This preliminary injunction shall remain in effect until the entry of final judgment.

**IT IS SO ORDERED.**

DATED:  March 3, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE