JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| Parasoft Corporation, | ) | Case No. CV 14-9166 DMG (PLAx) |
| | ) | |
| Plaintiff, | ) | **DEFAULT JUDGMENT AND** |
| v. | ) | **PERMANENT INJUNCTION [33]** |
| | ) | |
| ParaSoft S.A, | ) | |
| | ) | |
| Defendant | ) | |

-1-

The Court having granted Plaintiff Parasoft Corporation's application for default judgment and request for entry of permanent injunction,

IT IS HEREBY ORDERED that judgment is entered in favor of Plaintiff Parasoft Corporation and against Defendant, ParaSoft S.A.

IT IS FURTHER ORDERED that Defendant ParaSoft S.A., its officers, agents, representatives, employees, successors, and all other persons in active concert and participation with it, are hereby restrained and enjoined from maintaining the legal action filed in the Paris Commercial Court against Parasoft Corporation and pursuing any further legal proceedings in connection therewith in France.

**IT IS SO ORDERED.**

DATED: June 30, 2015

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE